■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LISA KELLY DIGGS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Scarpino, J.), rendered August 2, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Kooper, Lawrence, Rosenblatt and Copertino, JJ., concur.